# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN VALLEY OFFICIALS ASSOCIATION et al.,<br><br>Defendants. | **1:14-cv-1938----GSA**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

Plaintiff James M. Lanier ("Plaintiff"), appearing pro se, filed a complaint and an application to proceed in forma pauperis on December 4, 2014. (Docs. 1, 2). A review of Plaintiff's application reveals that he has made the requisite showing under 28 U.S.C. § 1915(a) and is entitled to proceed in forma pauperis. Accordingly, his application to proceed in forma pauperis is GRANTED.

Pursuant to 28 U.S.C. § 1915(e)(2), the court conducts an initial review of all pro se complaints for legal sufficiency. The court must dismiss a complaint or portion thereof if it

determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint may be cured by amendment. Plaintiff is advised that the court will screen his complaint in due course and issue an order addressing the legal sufficiency of his claims. The court's screening order will be served on Plaintiff by U.S. mail.

IT IS SO ORDERED.

Dated:    **December 23, 2014**                    **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE