**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES M. LANIER,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN JOAQUIN VALLEY OFFICIALS ASSOCIATION, *et al*.<br><br>        Defendants. | **Case No. 1:14-cv-01938-JAM-GSA**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 7) |

      Plaintiff, proceeding *pro se*, filed this action on December 4, 2014. (ECF No. 1.) On June 4, 2015, the Magistrate Judge issued a Findings and Recommendations which was served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Plaintiff did not file any objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations dated June 4, 2015 (ECF No. 7) are ADOPTED in full;

2. Plaintiff's claim against Defendants under 42 U.S.C. § 1983 (Second Cause of Action) is DISMISSED WITH PREJUDICE;

3. Plaintiff may proceed with his claim against Defendants under 42 U.S.C. § 1981 (First Cause of Action); and,

4. Plaintiff may proceed with his claim against Defendants under 42 U.S.C. § 2000d (Third Cause of Action).

DATED:  July 23, 2015

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE