**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES M. LANIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN VALLEY OFFICIALS ASSOCIATION, *et al*.<br><br>　　　　　Defendants. | **Case No. 1:14-cv-01938-JAM-GSA**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS** |

On December 4, 2014, Plaintiff filed an action in this Court. Following screening, this Court determined that Plaintiff's Complaint asserted two viable causes of action against Defendants. The Court recommended the remaining cause of action be dismissed without leave to amend. (ECF No. 7.)

On July 23, 2015, District Judge John A. Mendez issued an Order Adopting Findings and Recommendations re: Plaintiff's Complaint, wherein the findings and recommendations of the Court were adopted in full. (ECF No. 8.)

In light of Judge Mendez's order, the Court has determined that service of Plaintiff's complaint is now proper. Because Plaintiff is proceeding *in forma pauperis*, service of the Complaint will be effected by the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3).

///

1

Accordingly:

1. The Court determines that service is appropriate for Defendants:
   a. San Joaquin Valley Officials Association;
   b. Fred Broad;
   c. Randy Wright;
   d. Frank Kirby;
   e. William Long;
   f. Bob Kayajanian;
   g. Brig Beatie;
   h. Ed Mateo;
   i. Greg Costa; and,
   j. Dieter Henkleman.
2. The Clerk of the Court shall send Plaintiff ten USM-285 forms, ten summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on December 4, 2014;
3. Within thirty days after the date of this Order, Plaintiff must complete the attached Notice of Submission of Documents and submit the complete Notice to the Court with the following documents:
   a. Completed summonses;
   b. A copy of the instant Order;
   c. One completed USM-285 form for each defendant listed above; and,
   d. Eleven copies of the endorsed Complaint filed on December 4, 2014.
4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Failure to comply with this Order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **July 27, 2015**                              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE