1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES M. LANIER,

    Plaintiff,

    v.

SAN JOAQUIN VALLEY
OFFICIALS ASSOCIATION, et al,
    Defendants

1:14-cv-1938 JAM EPG
O R D E R

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate."  See 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that

1

1  the above-captioned case be reassigned and referred to the magistrate

2  judge for all further proceedings and entry of final judgment.

3      IT IS HEREBY ORDERED that any hearing dates currently set before

4  the undersigned are VACATED.

5      IT IS FURTHER ORDERED that the Clerk of the Court reassign this

6  case to the Honorable Erica P. Grosjean, Magistrate Judge.  The

7  parties shall please take note that all documents hereafter filed with

8  the Clerk of the Court shall bear case number 1:14-cv-1938 EPG.

9

Dated: 12/4/2015

10                                    /s/John A. Mendez
                                      _____
                                      HON. JOHN A. MENDEZ
11                                    United States District Judge

12

      Having also reviewed the file, I accept reference of this case
13
   for all further proceedings and entry of final judgment.
14

15

IT IS SO ORDERED.
16

17   Dated:   **December 4, 2015**        _____/s/ Erica P. Grosjean_____
18                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26