UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN JOAQUIN VALLEY OFFICIALS ASSOCIATION, *et al.*<br><br>        Defendants. | **Case No. 1:14-cv-01938-EPG**<br><br>**ORDER RE: REQUEST TO FILE DOCUMENTS ELECTRONICALLY**<br><br>(ECF No. 41) |

    Plaintiff, proceeding *pro se*, filed this action on December 4, 2014.  (ECF No. 1.)  On July 13, 2016, Plaintiff filed a request to use the CM/ECF system to electronically file documents in this case.  (ECF No. 41.)  In his request, Plaintiff states that he has access to a computer and the other technical requirements to participate in the CM/ECF system and agrees to abide by the requirements of the CM/ECF system.  He also consents receive service and notice via email and waives his right to receive service of documents by U.S. mail.

    Under the Court's Local Rules, pro se parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2).  Any request for an exception to this rule must be submitted as a stipulation between the parties or a "written motion[ ] setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing

1

will normally be held." Local Rule 133(b)(3).  It is within the Court's discretion to grant or deny such a request.  *Reddy v. Precyse Solutions LLC*, Case No. 1:12-cv-2061-AWI-SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

The Court GRANTS Plaintiff's request to electronically file documents. Plaintiff is advised that he must promptly register to file documents electronically and must abide by the procedures that govern electronic filing in the Court's Local Rules and in the CM/ECF User's Manual, located on the Court's website.  Any failure to abide by these procedures may result in sanctions, including termination of electronic filing privileges.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE